8/08/2021

To Whom It May Concern:

My name is Jermine Benton and I am Patrick Joseph's sister. I was both troubled and surprised to hear about his recent case as he is a good and upstanding person. It is for this reason I am happy to write this letter on his behalf. I have known Patrick to be a kind and generous man. He is a great family man and is the sole provider for his son Preston Joseph. He is very involved in this sons everyday life. He takes him to school and his after school events like football, and basketball practice as well as social events. They have a strong father and son bond and his absence will be hard on his son.

Patrick also takes care of his mother who is elderly and is currently retired. I have also known him to be an upright character in his community. Helping his neighbors when they are in need of assistance. He is a very supportive brother and is always there when needed. Patrick is a person of good moral character.

It is my sincere hope the court takes this letter into consideration at the time of his bail hearing. Despite the current case, I still believe Patrick to be a honorable and good person.

Sincerely,

Jermine Benton